UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on July 5, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Zeki Orho
Nurhan Hicran Orho

Case No.:    15-24595-CMG

Hearing Date:    7/5/16

Judge:    Christine M. Gravelle

Chapter:    7

Recommended Local Form:   ☑ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 5, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____debtors_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏ A Trustee shall be appointed.

   ☑ A Trustee shall not be appointed.

3. ❏ The case shall be immediately reclosed.

   ❏ The case shall be closed within _____ days.

   ☑ The case shall be reviewed within __15__ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev. 6/1/06. jml*