**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Zeki Orho** | Social Security number or ITIN  **xxx–xx–3913** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Nurhan Hicran Orho** | Social Security number or ITIN  **xxx–xx–5654** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:  **15–24595–CMG**

## Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Zeki Orho                                              Nurhan Hicran Orho

7/6/16                                                 **By the court:**   Christine M. Gravelle
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                      **Order of Discharge**                                                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-24595-CMG
Zeki Orho                                                                 Chapter 7
Nurhan Hicran Orho
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jul 06, 2016
                              Form ID: 318             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2016.
```
db/jdb         +Zeki Orho,    Nurhan Hicran Orho,   1550 Mountain Top Road,    Bridgewater, NJ 08807-1837
smg             U.S. Attorney,   970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
cr             +Nationstar Mortgage LLC as servicer for Deutsche B,    Stern, Lavinthal & Frankenberg,
                 105 Eisenhower Parkway Suite 302,   Roseland, NJ 07068-1640
pp             +Norman Price,   PRC Financial Service LLC,    1 Meadowlands Plaza, Suite 200,
                 East Rutherford, NJ 07073-2152
cr             +Toyota Motor Credit Corporation,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
515659500      +Bio- Reference Laboratories,    487 Edward H. Ross Drive,    Elmwood Park, NJ 07407-3127
515659502      +Bio-Reference Laboratories,    487 Edward H. Ross Drive,    Elmwood, NJ 07407-3127
515659508       Eichenbaum & Stylianou LLC,    10 Forest Avenue P.O Box 914,    Paramus, NJ 07653-0914
515659512      +FMS Services,   P.O Box 681535,    Schaumburg, IL 60168-1535
515659511      +First Financial Asset Mgmt. Inc,    P.O Box 6887,    Miramar Beach, FL 32550-1006
515659513      +Goldman & Warshaw, P.C.,    P.O Box 106,    Pine Brook, NJ 07058-0106
515659514      +Hayt, Hayt & Landau, LLC,    Two Industrial Way West P.O Box,    500,    Eatontown, Nj 07724-2279
515659518       LCA Collections,    P.O Box 2240,    Burlington, NC 27216-2240
515659517      +Law Office of O’Brieb & Taylor,    P.O Box 505,    Caldwell, NJ 07007-0505
515659519      +M.R.S Associates,    3 Executive Campus, Suite 400,    Cherry Hill, NJ 08002-4103
515659520      +MARTHA HILDEBRANDT,    ASSISTANT U.S. TRUSTEE,    ONE NEWARK CENTER, SUITE 2100,
                 NEWARK, NJ 07102-5211
515659521      +Michael Harrison Attorney at Law,    3155 Route 10-Suite 214,    Denville, NJ 07834-3430
515659525      +NCC Busines Services, Inc.,    3733 University Blvd. Suite 300,    Jacksonville, FL 32217-2103
515776200      +Nationstar Mortgage,    2828 North Harwood,    Dallas, TX 75201-1518
515659526      +Northland Group, Inc.,    P.O box 390846,    Edina, MN 55439-0846
515659529      +Somerset Medical Center,    110 Rehill Avenue,    Somerville, NJ 08876-2598
515659530      +Sterling Lawn & Land LLC,    P.O Box 6398,    Bridgewater, NJ 08807-0398
515659531      +The Eye Center,    65 Mountain Blvd. Ext.,    Warren, NJ 07059-2633
515659532      +Thomas Welchman,    575 Route 28 Suite 202,    Raritan, NJ 08869-1354
515659534       Unifund,    P.O Box 42121,    Cincinnati, OH 45242-0121
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 06 2016 23:40:25      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515659496       EDI: AFNIRECOVERY.COM Jul 06 2016 23:23:00      Afni, Inc.,   404 Brock Drive PO Box 3427,
                 Bloomington, IL 61702-3427
515659497       EDI: AMEREXPR.COM Jul 06 2016 23:23:00      American Express,   ATT: Bankruptcy Department,
                 P.O Box 981540,    El Paso, TX 79998-1540
515659499      +EDI: RMCB.COM Jul 06 2016 23:23:00      American Medical Collection Agency,
                 2269 S. Saw Mill River Road,    Building 3,    Elmsford, NY 10523-3848
515659503      +E-mail/Text: bcwrtoff@cablevision.com Jul 06 2016 23:41:12      Cablevision Of Raritan Valley,
                 275 Centennial Avenue,    Piscataway, NJ 08854-3998
515659504       EDI: CAPITALONE.COM Jul 06 2016 23:23:00      Capital One,    P.O Box 85167,
                 Richmond, VA 23285-5167
515659505       EDI: CAPITALONE.COM Jul 06 2016 23:23:00      Capital One,    ATT: Bankruptcy Claims Servicer,
                 P.O Box 85167,    Richmond, VA 23285-5167
515659507      +E-mail/Text: bankruptcy@cavps.com Jul 06 2016 23:40:41      Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
515659522      +EDI: MID8.COM Jul 06 2016 23:23:00      Midland Credit Management c/o,    Bankruptcy Dept.,
                 8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
515659523      +E-mail/Text: kmorgan@morganlaw.com Jul 06 2016 23:41:06      Morgan, Bornstein & Morgan,
                 1236 Brace Road-Suite K,    Cherry Hill, NJ 08034-3229
515659524      +E-mail/Text: nrivers@nrsolutionsllc.com Jul 06 2016 23:40:43
                 National Recovery Solutions, LLC,    P.O Box 322,    Lockport, NY 14095-0322
515688357       EDI: RMSC.COM Jul 06 2016 23:23:00      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
515659533       EDI: TFSR.COM Jul 06 2016 23:23:00      Toyota Financial Services,    Attn: Bankruptcy Dept,
                 P.O. Box 9490,    Cedar Rapids, IA 52409-9490
515659535      +E-mail/Text: BKRMailOps@weltman.com Jul 06 2016 23:40:29      Weltman, Weinberg & Reis Co.,,
                 L. P.A,   325 Chestnut Street, Suite 501,    Philadelphia, FA  19106-2605
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515659498*      American Express,    ATT: Bankruptcy Dept.,    P.O Box 981540,    El Paso, TX 79998-1540
515659501*     +Bio-Reference Laboratories,    487 Edward H. Ross Drive,    Elmwood Park, NJ 07407-3127
515659509*      Eichenbaum & Stylianou LLC,    10 Forest Avenue P.O Box 914,    Paramus, NJ 07653-0914
515659510*      Eichenbaum & Stylianou LLC,    10 Forest Avenue P.O Box 914,    Paramus, NJ 07653-0914
515659515*      Hayt, Hayt & Landau, LLC,    Two Industrial Way West,    P.O Box 500,    Eatontown, NJ 07724-0500
515659516*      Hayt, Hayt & Landau, LLC,    Two Industrial Way West,    P.O Box 500,    Eatontown, NJ 07724-0500
515659528*     +Nudelman Nudelman & Ziering,    425 Eagle Rock Avenue Suite 403,    Roseland, NJ 07068-1787
```

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Jul 06, 2016
                               Form ID: 318             Total Noticed: 39
```

```
515659506      ##Cardiology Associates of Somerset,    County,    745 Route 202/206 South,
                 Bridgewater, NJ 08807-1758
515659527      ##+Nudelman Nudelman & Ziering,    425 Eagle Rock Avenue Suite 403,    Roseland, NJ 07068-1787
                                                                                   TOTALS: 0, * 7, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2016                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2016 at the address(es) listed below:
              Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Javier L. Merino    on behalf of Joint Debtor Nurhan Hicran Orho merinolawpc@gmail.com
              Javier L. Merino    on behalf of Debtor Zeki  Orho merinolawpc@gmail.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as servicer for
               Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2005-2
               Asset-Backed Certificates, Series 2005-2 cmecf@sternlav.com
              Joshua I. Goldman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, ET Al...
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Loss Mitigation    Deutsche Bank National Trust Company, as
               Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series2005-OPT1
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
                                                                                             TOTAL: 6