**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on July 5, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Zeki Orho
Nurhan Hicran Orho

| | |
|---|---|
| Case No.: | 15-24595-CMG |
| Hearing Date: | 7/5/16 |
| Judge: | Christine M. Gravelle |
| Chapter: | 7 |

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER REOPENING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 5, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____debtors_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏   A Trustee shall be appointed.

   ☑   A Trustee shall not be appointed.

3. ❏   The case shall be immediately reclosed.

   ❏   The case shall be closed within _____ days.

   ☑   The case shall be reviewed within \_\_15\_\_ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev. 6/1/06. jml*

2

United States Bankruptcy Court
District of New Jersey

In re:
Zeki Orho
Nurhan Hicran Orho
    Debtors

Case No. 15-24595-CMG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 06, 2016
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2016.
db/jdb         +Zeki Orho,   Nurhan Hicran Orho,   1550 Mountain Top Road,   Bridgewater, NJ 08807-1837

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2016                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2016 at the address(es) listed below:
         Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
         Javier L. Merino    on behalf of Joint Debtor Nurhan Hicran Orho merinolawpc@gmail.com
         Javier L. Merino    on behalf of Debtor Zeki  Orho merinolawpc@gmail.com
         Jeanette F. Frankenberg    on behalf of Creditor   Nationstar Mortgage LLC as servicer for
         Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2005-2
         Asset-Backed Certificates, Series 2005-2 cmecf@sternlav.com
         Joshua I. Goldman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, ET Al...
         jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Joshua I. Goldman    on behalf of Loss Mitigation    Deutsche Bank National Trust Company, as
         Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series2005-OPT1
         jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
                                                                                              TOTAL: 6